UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GARZA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Acting Warden,<br><br>　　　　Respondent.<br>_____ | Case No. CV 13-6697-DSF (DTB)<br><br>ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |

　　　　On August 15, 2014, the Magistrate Judge issued a Report and Recommendation ("R&R") in this matter and on September 19, 2014, petitioner filed Objections to the R&R. Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, all the records and files herein, the R&R, and petitioner's Objections. On October 6, 2014, having made a de novo determination of those portions of the R&R to which objections had been made, the Court concurred with and accepted the findings, conclusions and recommendations of the Magistrate Judge.

　　　　Respondent's Motion to Dismiss with respect to Ground Two was granted with leave to amend and petitioner was ordered to either: (a) File an amended petition withdrawing the unexhausted claim or otherwise voluntarily dismiss the unexhausted claim, or (b) file a consent to dismissal of this action without prejudice if petitioner elects to return to state court to exhaust his unexhausted claim on or before November 5, 2014. Petitioner was cautioned that his failure to file an amended petition

withdrawing the unexhausted claim or a consent to dismissal on or before November 5, 2014, would be construed as his consent to dismissal of the entire action and would result in such a dismissal. Petitioner has failed to file an amended petition or a consent to dismissal within the allotted time, and has not requested an extension of time within which to do so. Accordingly, the Court hereby construes petitioner's failure to file such as his consent to dismissal of this action.

For the foregoing reasons, IT IS ORDERED that this action be summarily dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/23/15

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
David T. Bristow
United States Magistrate Judge