JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GARZA,<br><br>          Petitioner,<br><br>    v.<br><br>DAVE DAVEY, Acting Warden,<br><br>          Respondent. | Case No. CV 13-6697-DSF (DTB)<br><br>**J U D G M E N T** |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

Dated: 1/23/15

                                                DALE S. FISCHER
                                                UNITED STATES DISTRICT JUDGE